Court of Steuben county affirmed, with costs.

Patrick H. Cumming, Appellant, v. Esther C. Cushing, as Administratrix, etc., Respondent.— Judgment appealed from affirmed, with costs.

Joseph Reed, Appellant, v. Fred Stanley and Jennie M. Stanley, Respondents.— Judgment of the County Court of Orleans county affirmed, with costs.

Anthony Neupert and John C. Lutz, Respondents, v. Hurbert H. Brooker and James Downs, Appellants.— Order of the county judge of Niagara county appealed from affirmed, with ten dollars costs and disbursements, on the authority of *The First National Bank of Rome* v. *Wilson* (13 Hun, 232).

J. Felix Nassoiy, Respondent and Appellant, v. David H. Tomlinson et al., Appellants and Respondents.— Judgment and order appealed from affirmed on the former opinion written in this case (65 Hun, 491).

Aurelia Foy, Respondent, v. Maud L. Dixon, Administratrix, etc., Appellant.— Judgment appealed from affirmed, with costs.

Martha M. Wickham, Respondent, v. Sanford Harter and Another, Appellants.— Judgment of the County Court, Niagara county, appealed from affirmed, with costs.

William Crisp, Appellant, v. Francis Rice, Respondent.— Motion to dismiss appeal denied and the order of the County Court of Livingston county appealed from affirmed, with ten dollars costs and disbursements.

Wallace R. McArthur, Appellant, v. Lydia A. Cameron et al., Respondents.— Order appealed from affirmed, with ten dollars costs and disbursements.

Arthur W. Hickman, Respondent, v. Louis K. Purviance, Appellant.— Order appealed from reversed, with ten dollars costs and disbursements and judgment vacated.

### Motions.

T. Franklin Crittenden et al., Respondents, v. Barbara Langnecht, Appellant.— Motion to dismiss appeal upon the ground of the non-service of printed papers granted, unless the appellant cause the papers to be served on or before the first Saturday of the term, and pay the respondent ten dollars costs of the motion.

Harris Cook v. Herbert Bentley.— Motion to dismiss appeal upon the ground of non-service of printed papers granted, unless the appellant cause the papers to be served within sixty days, and pay the respondent ten dollars costs of the motion.

The People, etc., Respondent, v. Frank Stevens, Appellant.— Motion to dismiss the appeal and for an affirmance of the conviction on the ground of non-service of printed papers granted on default, and the proceedings are remitted to the Court of Sessions of Monroe county to proceed thereon.

Martin D. Chace, Respondent, v. Warsaw Water Works Company, Appellant.— Motion to strike case from calendar and for affirmance denied.

John D Ward, Respondent, v. Charles H. Myers, Appellant.— Motion to strike case from calendar and for affirmance on ground of non-service of printed papers granted on default.

Jackson W. Bowdick v. Paige et al.— Motion to dismiss appeal on the ground of non-service of printed papers granted on default.

Rochester Distilling Company v. Mary M. Devendorf.— Motion for reargument or for leave to appeal to the Court of Appeals denied.

Rochester Distilling Company v. Stewart L. Devendorf.— Motion for reargument or for leave to appeal to the Court of Appeals denied.

The Thomas Manufacturing Company, Appellant, v. Benjamin Palmer, Respondent.— Motion to dismiss the appeal, upon the ground that the notice of appeal was not served within the time limited by the Code, granted, with ten dollars costs.

Farley W. Gray, Administratrix, etc., Respondent, v. The Town of Caneadea, Appellant.— Motion for a certificate that the case is of sufficient importance to make it advisable that the judgment of the Court of Appeals be taken before proceeding further, denied.

The People, etc., v. Philip Mayo.— Motion to amend decision so as to certify that the reversal was upon the law, etc., denied.

The People, etc., v. William A. McDowell.— Motion to amend decision so as to certify that the reversal was upon questions of law only, etc., denied.—

PER CURIAM : It is true that the new trial in this case was granted upon the law. But we cannot certify that upon the facts we would affirm the conviction for the reason that we think the evidence establishes, or that the jury might have found as facts that the board of excise granted the defendant a license; that the commissioners of excise, composing the board, were one a *de jure* and the other a *de facto* officer, and that the defendant applied to such board for a license in good faith, believing the persons composing it to be *de jure* officers.

---

## FOURTH DEPARTMENT, FEBRUARY TERM, 1894.

In the Matter of the Accounting of Cornelius A. Smedley, as Guardian of Anna Van Buren, an Infant.— Decree modified by deducting from the award forty dollars and eighty-five cents, for commissions, and, as so modified, affirmed, without costs of the appeal to either party.

The People of the State of New York, Respondent, v. Anthony Girard, Appellant.— Leave granted to appeal to the Court of Appeals, as the case involves a question of law that ought to be reviewed by that court.

Harry G. Clay and Effingham B. Morris, Trustees of the Estate which was Formerly of William Bingham, the Elder, Deceased, Appellants, v. George C. Hayes and Joseph E. Hayes. Respondents.— Order affirmed, with ten dollars costs and disbursements. Martin, J., not sitting.

George Lester, Respondent, v. William A. Wright, Appellant.— Order reversed, with

ten dollars costs and ·disbursements, and motion granted, without costs.

Henry M. Washbon, as Taxpayer, etc., Appellant, v. Daniel C. Winton and Others, Trustees, Respondents.— Order affirmed, with ten dollars costs and disbursements.

Ralph W. Morrison, Respondent, v. Jacob L. Everitt, Appellant.— Judgment of the County Court affirmed, with costs.

In the Matter of the Application of Mortimer M. Mayhew, Appellant, for a Writ of Certiorari against the Town Board of the Town of Morey, Respondent.— Order affirmed, with ten dollars costs and disbursements.

Samuel R. Smith, Respondent, v. Edward M. Knowlton and Others, Appellants, Impleaded, etc.— Judgment affirmed, with costs.

John W. McCallum, Respondent, v. Hoboken Ferry Company, Appellant.— Judgment and order affirmed, with costs, and leave granted to defendant to answer, on payment of costs of demurrer and of the appeal.